SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL M. PIETRINI (Cal. Bar No. 138335)
  jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
  pbost@sheppardmullin.com
MICHAEL D. WILBURN (Cal. Bar No. 303181)
  mwilburn@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

Attorneys for Plaintiff ACI LICENSING, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ACI LICENSING, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CR LICENSING LLC, a New York limited liability company,<br><br>Defendant. | Case No. 2:17-CV-7480-RGK-GJS<br><br>[~~PROPOSED~~] **JUDGMENT** |

WHEREAS, on October 12, 2017, plaintiff ACI Licensing, LLC's ("Plaintiff") filed a complaint in this Court against defendant CR Licensing LLC ("Defendant") asserting claims for breach of contract, declaratory judgment, and anticipatory breach of contract;

WHEREAS, on October 16, 2017, Plaintiff served its complaint and summons, and other related documents, on Defendant, and filed proof of the same with the Court on October 23, 2017;

WHEREAS, on November 8, 2017, Plaintiff filed a request for entry of default in light of Defendant's failure to timely appear or file a timely response to

the complaint, and served the same on Defendant at its business address by U.S. mail;

WHEREAS, on November 13, 2017, the clerk of the Court entered default against Defendant;

WHEREAS, on December 14, 2017, Plaintiff filed a motion for entry of default judgment by the Court against Defendant on its claims for breach of contract and declaratory judgment and for an award of attorneys' fees ("Motion for Default"), and served the same on Defendant at its business address by U.S. mail;

WHEREAS, on January, 17, 2018, the Court took Plaintiff's Motion for Default under submission and off of its motion calendar; and

WHEREAS, on February 7, 2018, the Court issued its order on Plaintiff's Motion for Default, granting Plaintiff's Motion as to its claims for breach of contract damages and declaratory judgment and granting in part Plaintiff's motion for attorneys' fees;

The Court hereby enters judgment as follows:

IT IS HEREBY ORDERED that judgment is entered for Plaintiff and against Defendant;

IT IS HEREBY FURTHER ORDERED that Defendant is ordered to pay Plaintiff the sum of $292,958.71, which amount consists of Plaintiff's damages from Defendant's breach of contract ($277,481.53), prejudgment interest earned thereon ($6,203.48), and Plaintiff's attorneys' fees ($9,273.70);

IT IS HEREBY FURTHER DECLARED that (i) Section 8.b. of the Plaintiff's and Defendant's Licensing Representation Agreement signed November 27, 2007 applies to any extension and/or renewal of each and every license agreement Plaintiff brokered or procured on behalf of Defendant, regardless of the form of said extension or renewal, including Defendant allowing for the expiration or termination of an agreement solely for the purpose of entering into a "new" agreement with the applicable licensee, and (ii) the applicable rate of compensation

due Plaintiff as of this date for Defendant's license agreements with Simplicity Pattern Co. Inc., dated August 15, 2008, and TJX Companies, Inc., dated February 27, 2009, is 25% commission on royalties and 20% on all design fees paid to Defendant.

IT IS SO ORDERED.

Dated: February 12, 2018

_____
UNITED STATES DISTRICT JUDGE

SMRH:485408743.2